UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Sylvia K. Banda | Chapter: 13 |
| Debtor | |
| N30W23536 Greenfield Court<br>Pewaukee, WI 53072<br>Social Security No. xxx-xx-7221 | Case No. 13-25901-PP |
| Sylvia K. Banda | Adversary No. |
| Plaintiff<br>VS.<br>Bank of America, N.A.<br>Green Tree Servicing, LLC, as servicer<br>Defendants | |

## COMPLAINT

NOW COMES the Plaintiff Sylvia K. Banda by and through her attorney, Shane S. Cigel, of the Law Offices of Dantzman and Dantzman, respectfully submitting this Complaint to avoid the second mortgage lien of Defendants, Bank of America, N.A., and Green Tree Servicing, LLC as servicer, as it is wholly unsecured and impairs the debtor's property located at N30W23536 Greenfield Court, Pewaukee, WI 53072.

In support Plaintiff respectfully represents to the Court as follows:

1. Plaintiff is the debtor in the above captioned Chapter 13 bankruptcy proceeding.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. 1471. This is a core proceeding under 28 U.S.C. 157(b)(2)(K).

3. Plaintiff filed the instant Chapter 13 bankruptcy on April 30, 2013.

4. Bank of America, N.A., hereinafter "Defendant," holds a second mortgage on Plaintiff's homestead property located at N30W23536 Greenfield Court, Milwaukee, WI 53072.

5. This mortgage is a second mortgage lien which attaches to debtor's primary

residence located at N30W23536 Greenfield Court, Milwaukee, WI 53072.

6. At the time of filing, the Plaintiff's property had a fair market value of $198,000.00, which is indicated by the Waukesha County tax bill estimated fair market value. (See Exhibit A).

7. Plaintiff's property, at time of filing, had the following prior mortgage liens: First mortgage with Bank of America, N.A, in the amount of ($250,534.22) (See Exhibit B).

8. The Second Circuit, in In Re Pond, 252 F. 3d 122, 126 (2d Cir. 2001), following the majority view in this area, held that the "antimodification protection afforded by 11 U.S.C. 1322(b)(2) [applies only when the creditor's claim] is at least partially secured." See also, In Re Bartee, 212 F.3rd 277 (CA5 2000); In Re Tanner, 217 F. 3rd 1357 (CA11 2000).

9. Here, the second mortgage lien does not attach to any equity and any claim filed, should be treated as wholly unsecured. The Defendant's second mortgage balance was in the approximate amount of ($44,056.23) at time of filing (See Exhibit C).

10. Pursuant to 11 U.S.C. Sec. 506(a), "An allowed claim of a creditor secured by a lien on property in which the estate has an interest . . . is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, . . . and is an unsecured claim to the extent that the value of such creditor's interest . . . is less than the amount of such allowed claim."

11. Pursuant to 11 U.S.C. Sec. 506(d), "To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void, ...."

12. Thus, since Defendant's second mortgage does not attach to any equity in the Debtor's property it is wholly unsecured under 11 U.S.C Sec. 506(a), and is void pursuant to 11 U.S.C. Sec. 506(d).

WHEREFORE, pursuant to 11 U.S.C. Sec. 506(d), Plaintiff, by and through his attorney, respectfully requests this Court enter an Order avoiding the Defendant's second mortgage lien, and treating any claim of the Defendant as general unsecured non-priority.

Dated this 10th day of September 2013.

*[signature]*

Shane S. Cigel 1047198
324 E. Wisconsin Ave., Suite 1444
Milwaukee, WI 53202
(414) 831-0427; (414) 831-0428 – Fax
E: Shane@dantzmanlaw.com

# Exhibit A

| Pay Options | Tax Bill | Tax Listing | Search |

Tax Key: **PWC 0918002004**
Tax Year: **2012**

4/11/2013 2:16:15 PM
WAUKESHA COUNTY
CITY OF PEWAUKEE

**OWNER NAME AND MAILING ADDRESS**
SYLVIA BANDA
N30W23536A GREENFIELD CT
PEWAUKEE, WI 53072

**PROPERTY ADDRESS**
N30W23536A GREENFIELD CT

VIEW PARCEL

**LEGAL DESCRIPTION**
UNIT 1 WESTERN SUNSET CONDOMINIUMS NO 2 LOT 197 FIVE FIELDS ADDITION NO 3 PT NW1/4 SEC 14 T7N R19E DOC# 3461161

### ASSESSED VALUES

| | | | |
|---|---|---|---|
| Tax Year: | 2012 | Exempt: | NO |
| Assessment Type: | FULL | Use Value Assessment: | NO |
| Assessment Ratio: | 101.35% | Prior Taxes Due To: | |

| Values | Assessed | Est. Fair Market |
|---|---|---|
| Land | $64,000.00 | $63,100.00 |
| Improvement | $136,700.00 | $134,900.00 |
| Total | $200,700.00 | **$198,000.00** |

### LINE ITEMS

| Line Item Description | Tax Amount | Tax Rate Per $1000 of Assessed Value |
|---|---|---|
| STATE OF WISCONSIN | $33.92 | 0.1689890 |
| COUNTY OF WAUKESHA | $420.72 | 2.0962565 |
| CITY OF PEWAUKEE | $604.75 | 3.0131810 |
| PEWAUKEE SCHOOL | $2,208.24 | 11.0026855 |
| WAUKESHA TECH COLLEGE | $259.93 | 1.2951210 |
| GROSS GENERAL TAXES | $3,527.56 | 17.5762330 |
| SCHOOL TAX CREDIT | ($335.12) | -1.6697624 |
| FIRST DOLLAR CREDIT - 4312 | ($74.02) | |
| LOTTERY CREDIT 4312 | ($103.18) | |
| NET GENERAL TAXES | $3,015.24 | 15.9064706 |
| DELINQUENT UTILITIES | $774.00 | N/A |
| STORM WATER | $72.00 | N/A |
| GARBAGE / RECYCLING | $191.00 | 191.0000000 |
| TOTAL SPECIAL ASSESSMENTS | $1,037.00 | N/A |
| **TOTAL TAX BILL** | **$4,052.24** | |

### 2012 TAX BILL PAYMENT OPTIONS

| Installments | Amount Due | Due By | Pay to Agency |
|---|---|---|---|
| Full Amount Due | $4,052.24 | 1/31/2013 | LOCAL |
| First Installment | $2,493.24 | 1/31/2013 | LOCAL |
| Second Installment | $1,559.00 | 7/31/2013 | COUNTY |

### 2012 TAX YEAR TRANSACTIONS

| Transaction | Effective | Paid To | Description | Tax | Interest | Penalty | Other Charges | Over Payment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2012 | 12/31/2012 | LOCAL | PAYMENT | ($2,493.24) | $0.00 | $0.00 | $0.00 | $0.00 | ($2,493.24) |

### ALL OUTSTANDING BALANCES DUE THROUGH APRIL, 2013

ALL OUTSTANDING BALANCES DUE THROUGH **April** **2013** (RECALCULATE)

| Year | Tax Due | Interest | Penalty | Other Charges | Balance Due | Pay to Agency | |
|---|---|---|---|---|---|---|---|
| 2012 | $1,559.00 | $0.00 | $0.00 | $0.00 | $1,559.00 | COUNTY | (PAY ONLINE) |
| Totals: | $1,559.00 | $0.00 | $0.00 | $0.00 | $1,559.00 | | |


Exhibit B

B10 (Official Form 10) (4/13)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF WI | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Sylvia K. Banda, fka Sylvia K. Owor | Case Number: 13-25901-PP-13 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Bank of America, N.A. | COURT USE ONLY |
|---|---|
| Name and address where notices should be sent: Bank of America, N.A. P.O. Box 660933 Dallas, TX 75266-0933 | ☐ Check this box if this claim amends a previously filed claim. Court Claim Number: _____ Filed on: _____ |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:** $ 250,534.22

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Money loaned.

| 3. Last four digits of any number by which creditor identifies debtor: **XXXXX8928** | 3a. Debtor may have scheduled account as: | 3b. Uniform Claim Identifier (optional): |
|---|---|---|

**4. Secured Claim**

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor  ☐ Vehicle  ☐ Other

Describe: N30W23536 Greenfield Court, Unit 1, Pewaukee, WI 53072

Value of Property: $ _____

Annual Interest Rate: 4.625 ☒% Fixed or ☐ Variable

(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$ 3,467.16

Basis for perfection: Recorded Mortgage

Amount of Secured Claim: $ 250,534.22

Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was files or the debtor's business ceased, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, famil, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.



Exhibit C

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT — Eastern District of Wisconsin | PROOF OF CLAIM |

Name of Debtor: Sylvia Banda
Case Number: 13-25901

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bank of America N.A.

**COURT USE ONLY**

Name and address where notices should be sent:
Green Tree Servicing LLC
7360 S. Kyrene Rd. T-120
Tempe, AZ. 85283
Telephone number: (877) 256-4871  email: Recovery.Bankruptcy@gt-cs.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
Green Tree Servicing
345 St. Peter St. L800R
St. Paul, MN. 55102
Telephone number: (877) 256-4871  email: herschel.r.hoyt@gt-cs.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:  $ 44,056.23

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: __Mortgage Note__
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 0 0 4 8

3a. Debtor may have scheduled account as: Sylvia Banda
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: N30W23536 GREENFIELD CT # 1 PEWAUKEE WI

Value of Property: $_____

Annual Interest Rate_____ % ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ 13,396.36

Basis for perfection: _____

Amount of Secured Claim: $ 44,056.23

Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)